# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN COLEMAN AND KARI ANN COLEMAN,<br><br>    Plaintiffs,<br><br>    vs.<br><br>GREEN TREE SERVICING LLC,<br><br>    Defendant. | Case No. 1:14-cv-00454-LJO-SKO<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Previous Deadline to Respond: May 16, 2014<br>New Deadline to Respond: May 30, 2014 |

Plaintiffs BRIAN COLEMAN and KARI ANN COLEMAN ("Plaintiffs") and defendant GREEN TREE SERVICING LLC ("Defendant"), hereby stipulate and agree as follows:

WHEREAS Defendant was served with the Complaint on February 28, 2014;

WHEREAS Defendant timely filed a Notice of Removal of the action to this Court on March 28, 2014;

WHEREAS pursuant to a stipulation under Local Rule 144(a), Defendant's deadline to respond to the Complaint was extended to April 15, 2014 (Doc. No. 4);

WHEREAS Defendant filed a motion to dismiss the complaint under Federal Rule 12(b)(6) on April 15, 2014 (Doc. No. 6);

WHEREAS Plaintiffs filed a first amended complaint ("FAC") on April 29, 2014 (Doc. No. 8);

WHEREAS Defendant's current deadline to respond to the FAC is May 16, 2014;

WHEREAS the parties are discussing a potential resolution of the case and request additional time to continue those discussions;

WHEREAS counsel for the parties have met and conferred and Plaintiffs have granted

1  Defendant a fourteen (14) day extension to answer or otherwise respond to the FAC;

2      WHEREAS the parties stipulated to one prior extension of fifteen (15) days in connection
3  with the original complaint;

4      WHEREAS the requested extension will have no effect on the case schedule as the initial
5  case management conference is set for July 3, 2014 (Doc. No. 3); and

6      Based on the foregoing and pursuant to E.D. Local Rules 144 and 143(b), it is hereby
7  STIPULATED and REQUESTED that:

8      Defendant shall have up to and including May 30, 2014 to respond to the FAC.

9  DATED: May 15, 2014    SEVERSON & WERSON
    A Professional Corporation

    By:    /s/R. Travis Campbell
    R. Travis Campbell
    Attorneys for Defendant
    GREEN TREE SERVICING LLC

DATED: May 15, 2014    LAW OFFICES OF TODD M. FRIEDMAN, P.C.

    By:    /s/Nicholas J. Bontrager
    Nicholas J. Bontrager
    Attorneys for Plaintiffs
    BRIAN COLEMAN and KARI ANN COLEMAN

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Defendant shall file its response to Plaintiffs' first amended complaint on or before May 30, 2014.

IT IS SO ORDERED.

Dated:  **May 17, 2014**    **/s/ Sheila K. Oberto**
    UNITED STATES MAGISTRATE JUDGE