1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

11

EASTERN DISTRICT OF CALIFORNIA

12
13

BRIAN COLEMAN AND KARI ANN COLEMAN,

14

Plaintiffs,

15

vs.

16

GREEN TREE SERVICING LLC,

17

Defendant.

18
19
20
21
22
23
24
25
26
27
28

Case No.: 14-cv-00454-LJO-SKO

**SECOND STIPULATION AND REQUEST TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT PURSUANT TO E.D. L.R. 144 AND 143(b); ORDER THEREON**

Action Filed: February 13, 2014

Action Removed: March 28, 2014

Current Deadline to Respond: May 30, 2014

New Deadline to Respond: June 6, 2014

11293.0350/3289636.1

14-cv-00454-LJO-SKO*

SECOND STIPULATION AND REQUEST TO EXTEND TIME TO RESPOND TO FIRST AMENDED
COMPLAINT PURSUANT TO N.D. L.R. 144 AND 143(b)

1   Plaintiffs BRIAN COLEMAN and KARI ANN COLEMAN ("Plaintiffs") and defendant

2   GREEN TREE SERVICING LLC ("Defendant"), hereby stipulate and agree as follows:

3   WHEREAS Defendant was served with the Complaint on February 28, 2014;

4   WHEREAS Defendant timely filed a Notice of Removal of the action to this Court on

5   March 28, 2014;

6   WHEREAS pursuant to a stipulation under Local Rule 144(a), Defendant's deadline to

7   respond to the Complaint was extended to April 15, 2014 (Doc. No. 4);

8   WHEREAS Defendant filed a motion to dismiss the complaint under Federal Rule

9   12(b)(6) on April 15, 2014 (Doc. No. 6);

10   WHEREAS Plaintiffs filed a first amended complaint ("FAC") on April 29, 2014 (Doc.

11   No. 8);

12   WHEREAS pursuant to stipulation and this Court's order dated May 17, 2014,

13   Defendant's deadline to respond to the FAC was extended to May 30, 2014 (Doc. No. 11);

14   WHEREAS the parties continue to discuss a potential resolution of the case and request

15   additional time to complete those discussions;

16   WHEREAS counsel for the parties have met and conferred and Plaintiffs have granted

17   Defendant a seven (7) day extension to answer or otherwise respond to the FAC;

18   WHEREAS the parties stipulated to one prior extension of fifteen (15) days in connection

19   with the original complaint and one prior extension of fourteen (14) days in connection with the

20   FAC; and

21   WHEREAS the requested extension will have no effect on the case schedule as the initial

22   case management conference is set for July 3, 2014 (Doc. No. 3).

23   Based on the foregoing and pursuant to E.D. Local Rules 144 and 143(b), it is hereby

24   STIPULATED and REQUESTED that:

25   Defendant shall have up to and including June 6, 2014 to respond to the FAC.

26

27

28

SECOND STIPULATION AND REQUEST TO EXTEND TIME TO RESPOND TO FIRST AMENDED
COMPLAINT PURSUANT TO N.D. L.R. 144; ORDER THEREON

1   DATED:  May 30, 2014                    SEVERSON & WERSON
                                            A Professional Corporation
2

3                                           By:      /s/R. Travis Campbell
                                                       R. Travis Campbell
4
                                            Attorneys for Defendant
5                                           GREEN TREE SERVICING LLC

6

7   DATED:  May 30, 2014                    LAW OFFICES OF TODD M. FRIEDMAN, P.C.

8                                           By:      /s/Todd M. Friedman
                                                       Todd M. Friedman
9

10                                          Attorneys for Plaintiffs
                                            BRIAN COLEMAN and KARI ANN COLEMAN
11

12                                  <u>**ORDER**</u>

13          Pursuant to the parties' stipulation, Defendant shall file a response to the First Amended

14  Complaint by no later than June 6, 2014.

15

16

17  IT IS SO ORDERED.

18      Dated:   **June 3, 2014**                        **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28

SECOND STIPULATION AND REQUEST TO EXTEND TIME TO RESPOND TO FIRST AMENDED
COMPLAINT PURSUANT TO N.D. L.R. 144; ORDER THEREON